Supreme Judicial Court
Of Massachusetts

In the Matter of
Oak-hee, Kim,
    Petitioner.

In Summo For
Writ of Mandamus

## PETITION FOR LEAVE TO FILE CANCELLATION

"Tempest in my mind, it took all my senses, and finally my said of conclusion arrived to declare for cancellation for my petitions to this Court, that was my dream, imagering to me[3] the Due Course of Law:

1. On (6/22/2023), I handed my begs of petitions to Stephen Cronine, Second Clerk, Supreme Judicial Court (SJC), Suffolk County, who seemed somewhat uneasy, and questioned me variously. For example, "She is donating this to us (to security), 'is Court's property....'"

2. That followed disorders, I was unwary, and it proved to me for the Court's powers against handicapped, indigent minority, thereby, has no right to oppose Court's fair pleading for the privileged class.

Therefore, I request this Court canceled the following cases I petitioned:

I. Stale Claim or Demand against Martin Hansberry, et al.

II. Stale Claim or Demand against Linda M. Connolly, et al. Justice Linda M. Connolly, et al. issued, written orders, unlike Newton District Court, and it matters to me. I also attached[1] my complaints with Federal Court, (D. Mass.) against James A. Goodhue, Albert L. Sheffer, and George A. O'Toole[2]

III. Oak-hee Kim v. Newton Housing Authority is I pray for Federal Court, (D. Mass)'s holding?

---

[1] copy of  [2] The complaint I made against Georg A. O'Toole, et al. included, Kevin Hampe, Stephen Mattews, Cynthia Hawe, Jonathan Hacker, Harvey Epstein, Ivan Santiago, and Tony Puglise, I pray to cancel from any Court actions to protect Judge George A. O'Toole, Jr _____
[3] meet

IV. Through my Misadventure/Misstep,

> "I've learned at last that
> It is meet to accept justly
> What is right."

V. WHEREFORE, petitioner prays this Court's grand for cancellation as I stated above nos. 1-3 and that this Court vacate my petitions I handed it in to Stephen Cronine, Second Clerk, Supreme Judicial Court for the Suffolk County on (6/22/2023).

Signed under the penalty of perjury on November 7, 2023.

*[signature]*

Oak-hee Kim, "PRO SE" Petitioner
15 Beacon Avenue
Norwood, MA 02062 /
23 Walker Street, Apt. C
Newtonville, MA 02460
(781) 516-2106 / (781) 769-1342

Copy provide to,
Chief Justice Denis F. Saylor, Federal Court, (D. Mass.)
Judge George A. O'Toole, Jr. Federal Court, (D. Mass.)
Cc:

2